# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Ortrie D. | U.S.D.C. MO, Western District | 4/3/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Senior) | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Room 8552 U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | YMCA of the Rockies |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 4/3/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Microsoft Corp - Com Stk | A | Dividend | K | T | Sold (part) | 02/18/14 | J | D | |
| 2. Vanguard 500 Index Fund | A | Dividend | | | Sold | 02/18/14 | K | B | |
| 3. Cerner Corp. | | None | L | T | Buy (add'l) | 02/18/14 | K | | |
| 4. | | | | | Sold (part) | 03/11/14 | J | A | |
| 5. | | | | | Sold (part) | 04/21/14 | J | A | |
| 6. | | | | | Buy (add'l) | 06/19/14 | K | | |
| 7. | | | | | Sold (part) | 07/02/14 | J | A | |
| 8. | | | | | Sold (part) | 09/29/14 | J | B | |
| 9. Berkshire Hathaway, CL B | | None | L | T | Buy (add'l) | 02/18/14 | K | | |
| 10. | | | | | Sold (part) | 03/11/14 | J | B | |
| 11. | | | | | Sold (part) | 04/21/14 | J | B | |
| 12. | | | | | Sold (part) | 05/19/14 | J | B | |
| 13. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 14. McDonalds Corp. | A | Dividend | | | Sold | 02/18/14 | K | B | |
| 15. Duke Energy Holding | B | Dividend | K | T | | | | | |
| 16. Merck & Company, Inc. | B | Dividend | | | Sold | 03/11/14 | J | B | |
| 17. Sunoco Logistics Ptnrs, LP | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 4/3/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royal Dutch Shell, ADR, Class A | A | Dividend | | | Sold | 11/14/14 | K | B | |
| 19. Chevron Corp | B | Dividend | | | Sold | 11/14/14 | K | B | |
| 20. Amazon com. Inc. | | None | K | T | Buy (add'l) | 05/19/14 | J | | |
| 21. Pepsico | A | Dividend | | | Sold | 02/18/14 | K | A | |
| 22. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 05/19/14 | J | A | |
| 23. American Water Works | A | Dividend | K | T | | | | | |
| 24. Apple | A | Dividend | K | T | | | | | |
| 25. Google | | None | K | T | Buy | 01/15/14 | K | | |
| 26. NXP Semiconductors | | None | J | T | Buy | 03/20/14 | J | | |
| 27. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 28. Markel Corp. | | None | K | T | Buy | 09/09/14 | K | | |
| 29. | | | | | Sold (part) | 09/29/14 | K | A | |
| 30. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 31. Reaves Utility | B | Dividend | K | T | Buy | 08/28/14 | J | | |
| 32. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 33. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 34. Brookfield Infrastructure | B | Dividend | K | T | Buy | 08/28/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 4/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 36. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 37. | | | | | Sold (part) | 12/19/14 | J | A | |
| 38. Skyworks | A | Dividend | K | T | Buy | 07/01/14 | J | | |
| 39. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 40. | | | | | Sold (part) | 09/29/14 | J | A | |
| 41. Priceline Group | | None | | | Buy | 07/02/14 | J | | |
| 42. | | | | | Sold | 09/12/14 | J | A | |
| 43. Mastercard | A | Dividend | | | Buy | 08/28/14 | J | | |
| 44. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 45. | | | | | Sold | 09/29/14 | K | A | |
| 46. Intel | A | Dividend | | | Buy | 08/28/14 | J | | |
| 47. | | | | | Sold | 09/29/14 | K | B | |
| 48. BSW Living Trust 2/1/94 | D | Int./Div. | | | | | | | |
| 49. -KCMO Spl Oblig Rfdg Rev Downtown Arena | | | | | Redeemed | 08/15/14 | J | A | |
| 50. -PSI Energy, Inc., Deb. | | | | | Sold | 08/15/14 | J | A | |
| 51. -TVA Power Bond 1995 Series B | | | | | Redeemed | 08/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 4/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FHLM Corp Multiclass Mtg Ser 1125 CL Z | | | | | Redeemed | 08/15/14 | K | B | |
| 53. -FHLM Corp Multiclass Mtg Ser 2520 CL LL | | | | | Redeemed | 08/15/14 | J | A | |
| 54. -GNM Assn Ser 2002-51 CL D | | | | | Redeemed | 08/15/14 | J | A | |
| 55. -FNMA Remic Pass Thru Ctfs 2002-48 CL LL | | | | | Redeemed | 08/15/14 | J | A | |
| 56. -FNMA Remic Pass Thru Ctfs 2002-86 CL BB | | | | | Redeemed | 08/15/14 | J | A | |
| 57. -FHLM Corp Multiclass Mtg Ser 2696 CL LL | | | | | Redeemed | 08/15/14 | J | A | |
| 58. -Insured Municipal Income Trust Ser No 461 | | | | | Sold | 08/15/14 | J | A | |
| 59. -Invesco Global 45 Dividend | | | | | Sold | 08/15/14 | J | A | |
| 60. -Wal-Mart Stores Inc | | | | | Sold (part) | 06/05/14 | J | B | |
| 61. . | | | | | Sold | 08/15/14 | K | B | |
| 62. -Capital Income Builder Fund CL A | | | | | Sold | 05/05/14 | K | A | |
| 63. -Franklin MO Tax-Free Inc Fund CL A | | | | | Sold | 08/15/14 | K | A | |
| 64. -Ferrellgas Partners LP | | | | | Sold | 04/08/14 | J | A | |
| 65. -Chevron Corp | | | | | Sold | 08/15/14 | K | A | |
| 66. -CocaCola Co | | | | | Sold | 08/15/14 | K | A | |
| 67. -Conoco Phillips | | | | | Sold | 08/15/14 | J | A | |
| 68. -DTE Energy | | | | | Sold | 08/15/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -GlaxoSmithKline | | | | | Sold | 08/15/14 | J | A | |
| 70. -Merck & Co | | | | | Sold | 08/15/14 | K | A | |
| 71. -Microsoft Corp | | | | | Sold | 08/15/14 | K | A | |
| 72. -PIMCO Total Ret Fund CL A | | | | | Sold | 08/15/14 | K | B | |
| 73. -Proctor & Gamble | A | Dividend | | | Buy | 01/21/14 | K | | |
| 74. | | | | | Sold | 08/15/14 | K | A | |
| 75. -Verizon Communications | A | Dividend | | | Buy | 02/21/14 | J | | |
| 76. | | | | | Sold | 08/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 4/3/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, #38 - 68 of 2013 Report and #48 - 76 of 2014 Report consisted of the holdings under the BSW Trust. The filer served as the sole Trustee. BSW died in 2014. The Trust holdings were liquidated and distributed according to the terms of the Declaration of Trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 4/3/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ortrie D. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544